IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02606–EWN–PAC

20/20 FINANCIAL CONSULTING, INC., a Colorado corporation,

    Plaintiff,

v.

M & M FINANCIAL CONSULTING, INC., an Illinois corporation,
MASON BOWMAN, and
MARK MITCHELL,

    Defendants.

---

**ORDER**

---

    This matter comes before the court on "Plaintiff's Motion for Leave to Amend Complaint and Memorandum in Support Thereof" (#25) filed March 14, 2006. The motion recites the existence of information newly-discovered in Defendants' depositions as the basis for amendment. It further recites that Defendants object. At this early juncture in the litigation, leave to amend is to be freely granted. Fed. R. Civ. P. 15. It is therefore

ORDERED that the motion (#25) be GRANTED. Plaintiff shall forthwith file the first amended complaint attached as an exhibit to the motion. Defendants shall respond as provided for in the rules.

Dated this 15th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge