IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02606-EWN-PAC

20/20 FINANCIAL CONSULTING, INC., a Colorado corporation,

Plaintiff,

v.

M&M FINANCIAL CONSULTING, INC., an Illinois corporation, MASON BOWMAN, MARK MITCHELL,

Defendants.

## ORDER

THE COURT, having considered the Stipulation for Dismissal with Prejudice and Joint Motion that the Agreed Orders Entered by the Court be Vacated and being sufficiently advised of the premises, hereby ORDERS that this Motion is GRANTED, and that the Agreed Orders in Lieu of Preliminary Injunction dated February 23, 2006 and April 26, 2006 be and are hereby VACATED, and this matter is DISMISSED WITH PREJUDICE with each party to pay their own costs and attorneys' fees.

DATED this 1st day of February, 2007.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
United States District Judge